United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3073EA

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Mark Allen Johnson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 10, 1997
Filed: December 17, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Mark Allen Johnson appeals the sentence of imprisonment imposed by the district court on revocation of Johnson's supervised release. We conclude that an extended discussion on our part is not warranted because Johnson's arguments are foreclosed by this court's recent opinion in United States v. Thornell, No. 97-1534, 1997 WL693050, at *2 (8th Cir. Nov. 6, 1997). We thus affirm Johnson's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.